**Form B18** (Official Form 18)(12/07)

# United States Bankruptcy Court

District of Rhode Island
**Case No. 1:08−bk−12228**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jarod D Disanto                                               Kristin A Disanto
    500 Carrs Pond Rd                                         500 Carrs Pond Rd
    East Greenwich, RI 02818                       East Greenwich, RI 02818

Last four digits of Social Security or other Individual Taxpayer− Identification No(s)(if any).:
    xxx−xx−4854                                                   xxx−xx−2250

Employer's Tax I.D. No(s).(EIN)[if any]:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                         BY THE COURT

Dated: 12/10/08                                                  Arthur N. Votolato
                                                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: jen                   Page 1 of 2              Date Rcvd: Dec 10, 2008
Case: 08-12228                Form ID: 105                Total Served: 69

The following entities were served by first class mail on Dec 12, 2008.
db           +Jarod D Disanto,    500 Carrs Pond Rd,    East Greenwich, RI 02818-1007
jdb          +Kristin A Disanto,    500 Carrs Pond Rd,    East Greenwich, RI 02818-1007
cr            MERS, Inc., as nominee,    c/o HomEq Servicing,    PO Box 997126,    Sacramento, CA  95899
943577456    +6946 Post Road LLC,    6946 Post Rd,    North Kingstown, RI 02852-7612
943577457    +Advanced Business America,    25 Thurber Blvd,    Smithfield, RI 02917-1816
943577458    +Alliance One Receivables Mgt Inc.,    PO Box 21882,    Saint Paul, MN 55121-0882
943577463    +Astonish Results LP,    2348 Post Rd Ste 202,    Warwick, RI 02886-2271
943577466     Beacon Mutual Insurance Co,    PO Box 937,    Providence, RI 02901-0937
943577467    +Birchwood Credit,    Po Box 1014,    73 Main St,    Conway, NH 03818-6166
943577470    +CIT Technology Financing Services Inc,    Weltman Weinberg & Reis Co,
               175 S Third Street Suite 900,    Columbus OH 43215-5177
943577472    +CITI Communications Finance Corporation,    1 Cit Dr,    Livingston, NJ 07039-5703
943577468    +Capital & Credit Solutions,    PO Box 1226,    Kennett Square, PA 19348-0443
943577471    +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
943577473     Citicorp,    National Financial Systems Inc,    PO Box 9046,    Hicksville, NY 11802-9046
943577474    +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
943577475    +Commonwealth Financial,    120 N Keyser Ave,    Scranton, PA 18504-9701
943577476    +Connekted,    4547 Post Rd,    East Greenwich, RI 02818-4150
943577477    +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
943577478    +Cox Communications,    Collection Dept/Bankruptcy Dept.,    9 Jp Murphy Hwy,
               West Warwick, RI 02893-2381
943577479    +Dynacom,    220 E Delaware Ave # 365,    Newark, DE 19711-4693
943577480    +Electric Insurance Company,    75 Sam Fonzo Dr,    Beverly, MA 01915-1000
943577481    +Equifax Mortgage,    PO Box 740241,    Atlanta, GA 30374-0241
943577482    +Fecteau Benefits,    21 Agnes St,    East Providence, RI 02914-3601
943577483    +Harmon Law Offices PC,    Sutton Funding LLC,    150 California St,    Newton, MA 02458-1005
943577485     Holyoke Mutual Insurance Company,    PO Box 2006,    Salem, MA 01970-6506
943577486    +HomEQ Servicing,    PO Box 70830,    Charlotte, NC 28272-0830
943577488    +Landsafe,   PO Box 650530,    Dallas, TX 75265-0530
943577489    +Lathrup & Gage DC,    PO Box 8500,    Philadelphia, PA 19178-8500
943577490     M&L Appraisal Company,    50 Village Hill Ln,    North Kingstown, RI  02852
943577491    +Marlin Leasing,    PO Box 13604,    Philadelphia, PA 19101-3604
943577492    +Mercantile Adjmnt Bur,    6390 Main St # S-160,    Williamsville, NY 14221-5859
943577496    +National Registered,    100 Canal Pointe Blvd Ste 108,    Princeton, NJ 08540-7063
943577497    +Nationwide Credit Inc,    2015 Vaughn Rd NW Ste 300,    Kennesaw, GA  30144-7802
943577498     New England In Touch,    255 Quaker Ln Ste 500,    West Warwick, RI  02893-7615
943577499    +Northface Resort Condo Assoc.,    PO Box 299,    Greenville, RI 02828-0299
943577500    +Paetec Communications,    1510 Chester Pike,    Crum Lynne, PA 19022-1375
943577503    +RI Division Of Taxation,    1 Capitol Hl,    Providence, RI 02908-5801
943577504     RMS,   4836 Brecksville Rd,    Richfield, OH  44286-9177
943577501    +Receivables Management Services,    305 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-1232
943577502    +Recovery Management,    50 Morrissey Blvd,    Dorchester, MA 02125-3312
943577505    +Rockland Trust Company,    8A Station St,    Middleboro, MA 02346-2140
943577506    +Safeguard Of RI,    110 Jefferson Blvd Ste G,    Warwick, RI 02888-3854
943577507    +Steven Damiano LLC,    20 Thurber Blvd Ste B,    Smithfield, RI 02917-1858
943577508    +Stevens Business Servi,    92 Bolt St # 1,    Lowell, MA 01852-5316
943577509    +Thd/cbsd,   PO Box 6003,    Hagerstown, MD 21747-6003
943577510     The Hartford,    PO Box 2907,    Hartford, CT  06104-2907
943577511     Town Of North Kingstown,    Collectors Office,    80 Boston Neck Rd,
               North Kingstown, RI  02852-5767
943577512     UPS,   Box 20584,    Bethlehem, PA  18025-0001
943577513    +US Express Leasing,    300 Lanidex Plz,    Parsippany, NJ 07054-2723
943577514    +Varesources Inc,    800 Walnut St,    Des Moines, IA 50309-3605
943577515    +Wallick & Associates,    51 Jefferson Blvd,    Warwick, RI 02888-1002
943577516    +Washington Mutual,    PO Box 78148,    Phoenix, AZ 85062-8148
943614333    +Washington Mutual Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
943577517     Wells Fargo Financial,    PO Box 98784,    Las Vegas, NV  89193-8784
943577518    +Wells Fargo Leasing,    TBF Fiancial LLC,    520 Lake Cook Rd Ste 510,    Deerfield, IL 60015-4900
The following entities were served by electronic transmission on Dec 10, 2008.
cr            EDI: PHINAMERI.COM Dec 10 2008 15:38:00      AmeriCredit Financial Services, Inc.,   PO Box 183853,
               Arlington, TX  76096
943577462     EDI: PHINAMERI.COM Dec 10 2008 15:38:00      Americredit,    200 Bailey Ave,
               Fort Worth, TX  76107-1211
943577461     EDI: PHINAMERI.COM Dec 10 2008 15:38:00      Americredit,    Attn. Bankruptcy Dept.,
               PO Box 183853,    Arlington, TX  76096-3853
943577459     EDI: AMEREXPR.COM Dec 10 2008 15:38:00      American  Express,    PO Box 360002,
               Ft Lauderdale, FL  33336-0002
943577460    +EDI: AMEREXPR.COM Dec 10 2008 15:38:00      American Express,    PO Box 981537,
               El Paso, TX 79998-1537
943577464     EDI: BANKAMER.COM Dec 10 2008 15:38:00      Bank Of America,    PO Box 5270,
               Carol Stream, IL  60197-5270
943577465    +EDI: BANKAMER.COM Dec 10 2008 15:38:00      Bank Of America,    PO Box 15710,
               Wilmington, DE 19886-5710
943577469    +EDI: CHRYSLER.COM Dec 10 2008 15:38:00      Chrysler Financial,    5225 Crooks Rd Ste 140,
               Troy, MI 48098-2823
943577471    +EDI: CITICORP.COM Dec 10 2008 15:38:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
943577484    +EDI: HFC.COM Dec 10 2008 15:38:00      Hfc,   PO Box 1547,    Chesapeake, VA 23327-1547
943577487     EDI: IRS.COM Dec 10 2008 15:38:00      Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA  19114-0326
943577493     E-mail/Text: apbankruptcy@us.ngrid.com                            National Grid,
               Attn. Bankruptcy Dept./Collections,    100 Weybosset St,    Providence, RI  02903-2822
```

```
District/off: 0103-1           User: jen                    Page 2 of 2                  Date Rcvd: Dec 10, 2008
Case: 08-12228                 Form ID: 105                 Total Served: 69

The following entities were served by electronic transmission (continued)
943577495      E-mail/Text: apbankruptcy@us.ngrid.com                                National Grid-Gas,
               Attn. Bankruptcy Dept./Collections,   100 Weybosset St,   Providence, RI  02903-2822
943577494      E-mail/Text: apbankruptcy@us.ngrid.com                                National Grid-Gas,
               Attn. Bankrupty/Collection Dept,   100 Weybosset St,   Providence, RI  02903-2822
943583118      EDI: RECOVERYCORP.COM Dec 10 2008 15:38:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
943577517      EDI: WFFC.COM Dec 10 2008 15:38:00    Wells Fargo Financial,   PO Box 98784,
               Las Vegas, NV  89193-8784
                                                                                            TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2008**            **Signature:**    _Joseph Speetjens_