UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:                                                                    Chapter 7
Jarod D. Disanto                                                    Case No. 08-12228
Kristin A. Disanto                                                  Honorable Arthur N. Votolato

      Debtors

_____/

### CONSENT ORDER RE: MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR RELIEF FROM STAY

This matter having come before the Court on December 10, 2008, based on the consent of the undersigned, it is hereby ORDERED, ADJUDGED, and DECREED:

The automatic stay imposed by 11 U.S.C. Section 362(a) is hereby modified as follows:

The arrearage owed by the Debtors is $7,102.63 which consists of 2 payments of $2,500.13 each for November 1, 2008 and December 1, 2008, plus $150.02 in late charges, plus $800.00 in attorney fees and costs, minus a credit of $1,052.35. Another monthly mortgage payment of $2,500.13 is due January 1, 2009. The Debtors will pay the entire arrearage on the Note plus the January 1, 2009 monthly mortgage payment on or before January 9, 2009. If the Debtors fail to pay any portion of the arrearage or the January 1, 2009 payment on or before January 9, 2009, JPMorgan Chase Bank will file an affidavit of non-compliance with the United States Bankruptcy Court for the District of Rhode Island and the Court may enter an order granting JPMorgan Chase Bank relief from the automatic stay imposed by U.S.C. 362 § 362(a) so that JPMorgan Chase Bank can foreclose a mortgage against the property at 500 Carrs Pond Road, East Greenwich,

Rhode Island, and may commence a summary process action for possession against the occupants of said property.

This order consented to by:

| | |
|---|---|
| /s/ Peter G. Berman | /s/ John T. Precobb |
| Peter G. Berman, Esq. | John T. Precobb, Esq. |
| RI 2030 | RI 5698 |
| Raskin & Berman | P.O. Box 962169 |
| 116 East Manning Street | Boston, MA 02196 |
| Providence, RI 02906 | Phone: (617) 502-4100 |
| Phone: (401) 421-1363 | Fax: (617) 502-4101 |
| mail@raskinberman.com | bankruptcy@orlansmoran.com |
| | File No. 362.4180 |

At _____ this _____ day of _____, 2008.

_____
Honorable Arthur N. Votolato
U.S. BANKRUPTCY JUDGE